CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
JACOB R. BOTHAMLEY (319457)
jacob.bothamley@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, California 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Plaintiff Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br>Adv. Proc. No. 8:24-ap-01138-SC |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>New Vision Debt LLC; New Vision Capital Group, LLC D/B/A New Vision Debt Relief LLC; New Vision Debt Relief, LLC; New Vision Debt Relief – 2; New Vision – 3; New Vision – 6,<br><br>Defendants. | **NOTICE OF REQUEST TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANTS, MEHDI MOAREFIAN, DEFENDANT SARVANEZ ESFAHANI ALSO KNOWN AS SARVANEZ MOAREFIAN, NEW VISION DEBT LLC, NEW VISION CAPITAL GROUP, LLC, QUIKSTART LLC, SERJ GUETSSOYAN, AND SANIA HASHEMPOUR [DOCKET NOS. 24, 29, AND 37-41]**<br><br>Judge: Honorable Scott C. Clarkson<br>Place: 411 West Fourth Street<br>        Courtroom 5C<br>        Santa Ana, CA 92701 |

1    **TO:   THE HONORABLE SCOTT C. CLARKSON, DEFENDANTS, AND ALL**

2    **INTERESTED PARTIES:**

3        **PLEASE TAKE NOTICE** that Plaintiff, Richard A. Marshack, Trustee of the LPG

4    Liquidation Trust, hereby Requests that the Clerk's Entry of Default against: Defendant, Mehdi

5    Moarefian [Docket No. 24] as entered on May 16, 2025; Defendant Sarvanez Esfahani also known as

6    Sarvanez Moarefian [Docket No. 29] as entered on May 19, 2025; and Defendants New Vision Debt

7    LLC, New Vision Capital Group, LLC, QuikStart LLC, Serj Guetssoyan, and Sania Hashempour  as

8    entered on October 1, 2025 [Docket Nos. 37-41, respectively] be set aside.

9        **PLEASE TAKE FURTHER NOTICE** that Plaintiff will be filing a second amended

10    complaint against these defendants no later than January 16, 2026. The purpose of the amended

11    complaint is to rectify inadvertent errors in the first amended complaint and augment the existing

12    allegations.

13

14    Date:  January 9, 2026                                   DINSMORE & SHOHL LLP

15

16

17                                                                By:   /s/ Yosina M. Lissebeck
18                                                                    Yosina M. Lissebeck
    Jacob R. Bothamley
19                                                                Attorneys for Plaintiff, Richard A. Marshack
Trustee of the LPG Liquidation Trust

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:     655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document: **NOTICE OF REQUEST TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANTS, MEHDI MOAREFIAN, DEFENDANT SARVANEZ ESFAHANI ALSO KNOWN AS SARVANEZ MOAREFIAN, NEW VISION DEBT LLC,   NEW VISION CAPITAL GROUP, LLC, QUIKSTART LLC, SERJ GUETSSOYAN, AND SANIA HASHEMPOUR [DOCKET  NOS. 24, 29, AND 37-41]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 9, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com
Brandon J. Iskander on behalf of Interested Party Courtesy NEF
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com
Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov
Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐     Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On January 9, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒     Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 9, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2026 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| Date | Printed Name | Signature |

**2. <u>SERVED BY UNITED STATES MAIL</u>:**

New Vision Capital Group, LLC
c/o Incorp Services, Inc.
Attn:  Steven Picket
5716 Corsa Ave.
Westlake Village, CA 91362-7355

New Vision Capital Group, LLC
c/o Sarvenaz Esfahani Moarefian, Manager
c/o Sania Hashempour, Manager
3857 Birch St., Ste. 25
Newport Beach, CA 92660

Sania Hashempour
77 Trofello Ln.
Aliso Viejo, CA 92656-6215

New Vision Debt LLC
c/o Registered Agents, Inc.
1401 21st St., Ste. R
Sacramento, CA 95811

New Vision Debt LLC
c/o Registered Agents Inc.
30 N. Gould St., Ste. R
Sheridan, WY 82801

QuikStart LLC
c/o Serj Guetssoyan, Manger
c/o Sarvenaz Esfahani Moarefian, Manager
1309 Coffeen Ave., Ste. 1200
Sheridan, WY 82801

QuikStart LLC
c/o Registered Agent: Cloud Peak Law LLC
1095 Sugar View Dr., Ste. 500
Sheridan, WY 82801

Serj Guetssoyan
2590 Redhill Ave., Unit 5174
Santa Ana, CA 92705-9007