CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
YOSINA M. LISSEBECK (201654)
Yosina.Lissebeck@dinsmore.com
CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
JACOB R. BOTHAMLEY (319457)
Jacob.bothamley@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Suite 800
San Diego, California 92101
Tel: (619) 400-0500
Fax: (619) 400-0501

Attorneys for Plaintiff Richard A. Marshack,
Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**JAN 12 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte     DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| The Litigation Practice Group P.C., | Case No.: 8:23-bk-10571-SC |
| Debtor. | Adv. No.: 8:24-ap-01138-SC |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust, | **ORDER GRANTING REQUEST TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANTS, MEHDI MOAREFIAN, SARVANEZ ESFAHANI ALSO KNOWN AS SARVANEZ MOAREFIAN, NEW VISION DEBT LLC, NEW VISION CAPITAL GROUP, LLC, QUIKSTART LLC, SERJ GUETSSOYAN, AND SANIA HASHEMPOUR [DOCKET NOS. 24, 29, AND 37-41]** |
| Plaintiff, | |
| v. | |
| New Vision Debt LLC; New Vision Capital Group, LLC D/B/A New Vision Debt Relief LLC; New Vision Debt Relief, LLC; New Vision Debt Relief – 2; New Vision – 3; New Vision – 6, | |
| Defendants. | Judge:    Hon. Scott C. Clarkson |
| | Place:    411 West Fourth Street Courtroom 5C Santa Ana, CA 92701 |

1

The Court, having considered Plaintiff Richard A. Marshack's Request to Set Aside Entry of Default Against Defendants, Mehdi Moarefian, Sarvanez Esfahani also known as Sarvanez Moarefian, New Vision Debt LLC, New Vision Capital Group, LLC, Quikstart LLC, Serj Guetssoyan, and Sania Hashempour [Docket Nos. 24, 29, and 37-41] filed on January 9, 2026, as Docket No. 53, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Orders for Entry of Default against Defendants Mehdi Moarefian, Sarvanez Esfahani, also Known as Sarvanez Moarefian, New Vision Debt LLC, New Vision Capital Group, LLC, Quikstart LLC, Serj Guetssoyan, and Sania Hashempour [Docket Nos. 24, 29, and 37-41] are hereby set aside.

###

Date: January 12, 2026

Scott C. Clarkson
United States Bankruptcy Judge