Christopher Celentino (SBN 131688)
Yosina M. Lissebeck (SBN 201654)
Christopher B. Ghio (SBN 259094)
Jacob R. Bothamley (SBN 319457)
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tel: (619) 400-0500
Fax: (619) 400-0501
christopher.celentino@dinsmore.com
yosina.lissebeck@dinsmore.com
christopher.ghio@dinsmore.com
Jacob.bothamley@dinsmore.com

Attorneys for Plaintiff, Richard A. Marshack,
Trustee of the LPG Liquidation Trust

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571-SC<br><br>Adv. No.: 8:24-ap-01138-SC |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>New Vision Debt LLC; New Vision Capital Group, LLC D/B/A New Vision Debt Relief LLC; New Vision Debt Relief, LLC; New Vision Debt Relief – 2; New Vision – 3; New Vision – 6,<br><br>Defendants. | **STATUS REPORT**<br><br>Date:  March 19, 2026<br>Time:  1:30 p.m.<br>Ctrm:  5C<br>Judge: Hon. Scott C. Clarkson |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND ALL DEFENDANTS:**

**PLEASE TAKE NOTICE** that Richard A. Marshack, Plaintiff and Trustee of the LPG Liquidation Trust ("Plaintiff"), through his undersigned counsel, hereby files this Status Report.

Plaintiff filed the last status report on January 8, 2026 [Adv. Dkt. 52], which is incorporated by reference. At the time the January 8, 2026 status report was filed, defendants Mehdi Moarefian, Sarvanez Esfahani aka Sarvanez Moarefian, Serj Guetssoyan, Sania Hashempour, New Vision Debt LLC, New Vision Capital Group, LLC, and QuikStart LLC were in a default posture with respect to the First Amended Complaint. [*Id.* at pp. 2–3.]

As reported in the prior status report, due to a shift in overall case strategy, Plaintiff intended to file a Second Amended Complaint ("SAC"), and as such, on January 9, 2026, Plaintiff requested that the defaults of the defendants be set aside. [Adv. Dkt. 53.] The Court granted the request to set aside the defaults on January 12, 2026. [Adv. Dkt. 54.]

On January 15, 2026, Plaintiff filed the SAC and effected service on defendants, Serj Guetssoyan, Sania Hashempour, New Vision Debt LLC, New Vision Capital Group, LLC, and QuikStart LLC. [Adv. Dkt. 56.] Plaintiff served defendants Mehdi Moarefian and Sarvanez Esfahani with the FAC on February 13, 2026. [Adv. Dkt. 58.] None of the defendants filed an answer or responsive pleading.

On February 19, 2026, Plaintiff again filed a request for entry of default against defendants, Serj Geussoyan, Sania Hashempour, QuikStart LLC, New Vision Debt LLC, and New Vision Capital Group, LLC. [Adv. Dkts. 59–68.] The Clerk duly entered default against Serj Guetssoyan, Sania Hashempour, QuikStart LLC, and New Vision Debt LLC. [Adv. Dkt. 69–73.]

///
///
///
///
///
///

1    As of the filing of this status report, Plaintiff is engaged in settlement negotiations to resolve this adversary proceeding. Therefore, with settlement discussions underway and progressing, Plaintiff suggests that to conserve resources, the Status Conference be continued from its current date of March 19, 2026 at 1:30 p.m. to May 6, 2026, at 11:00 a.m. with a status report due 14 days prior, to allow for settlement discussions to progress further and, perhaps, resolve this adversary proceeding in its entirety.

Dated: March 5, 2026                                  DINSMORE & SHOHL LLP

                                                      By: /s/ Yosina M. Lissebeck
                                                          Christopher Celentino
                                                          Yosina M. Lissebeck
                                                          Christopher B. Ghio
                                                          Jacob R. Bothamley
                                                      Attorneys for Plaintiff, Richard A. Marshack,
                                                      Trustee of the LPG Liquidation Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:     Dinsmore & Shohl, LLP, 655 W. Broadway, Suite 800, San Diego, California  92101

A true and correct copy of the foregoing document: **STATUS REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 5, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher Ghio on behalf of Plaintiff Richard A. Marshack
christopher.ghio@dinsmore.com, bonnie.connolly@dinsmore.com
Brandon J. Iskander on behalf of Interested Party Courtesy NEF
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;linda.dominguez@dinsmore.com
Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
Kenneth Misken on behalf of U.S. Trustee United States Trustee (SA)
Kenneth.M.Misken@usdoj.gov
Jacob Newsum-Bothamley on behalf of Plaintiff Richard A. Marshack
jacob.bothamley@dinsmore.com, bonnie.connolly@dinsmore.com
United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 5, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 West Fourth St, Suite 5130/Ctrm 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**PROOF OF SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 5, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 5, 2026 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**PROOF OF SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

DEFENDANT
New Vision Debt LLC
c/o Registered Agents, Inc.
1401 21st St., Ste. R
Sacramento, CA, 95811

DEFENDANT
New Vision Debt LLC
c/o Sarvenaz Esfahani, Manager
c/o Sania Hashempour, Manager
3857 Birch St., Ste. 25
Newport Beach, CA 92660

DEFENDANT
New Vision Debt LLC
c/o Registered Agents Inc.
30 N. Gould St., Ste. R
Sheridan, WY 82801

DEFENDANT
New Vision Capital Group, LLC
c/o Incorp Services, Inc.
Attn: Steven Pickett
5716 Corsa Ave.
Westlake Village, CA  91362-7355

DEFENDANT
New Vision Capital Group, LLC
c/o Sarvenaz Esfahani Moarefian, Manager
c/o Sania Hashempour, Manager
3857 Birch St., Ste. 25
Newport Beach, CA 92660

DEFENDANT
Sania Hashempour
77 Trofello Ln.
Aliso Viejo, CA 92656-6215

DEFENDANT
Sarvanez Esfahani
6621 E. Smokewood Cir.
Anaheim, CA 92807-5039

DEFENDANT
Serj Guetssoyan
2590 Redhill Ave., Unit 5174
Santa Ana, CA 92705-9007

DEFENDANT
Mehdi Moarefian
6621 E. Smokewood Cir.
Anaheim, CA 92807-5039

DEFENDANT
QuikStart LLC
c/o Serj Guetssoyan, Manger
c/o Sarvenaz Esfahani Moarefian, Manager
1309 Coffeen Ave., Ste. 1200
Sheridan, WY 82801

DEFENDANT
QuikStart LLC
c/o Registered Agent, Cloud Peak Law, LLC
1095 Sugar View Dr., Ste. 500
Sheridan, WY 82801