

**FILED & ENTERED**

JUL 02 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor(s). | CHAPTER 11<br><br>Case No.:  8:23-bk-10571-SC<br>Adv No.:  8:24-ap-01138-SC |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff(s),<br>   v.<br><br>New Vision Debt LLC, etc., et al.,<br><br>Defendant(s). | **ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:        July 15, 2026<br>Time:        10:00 AM<br>Courtroom: 5C |

The July 15, 2026 status conference is hereby CONTINUED to October 29, 2026, at 10:00 a.m., with a status report due 14 days in advance.

**IT IS SO ORDERED.**

Date: July 2, 2026

Scott C. Clarkson
United States Bankruptcy Judge

-1-